IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Feb 23, 2026
> _/s/ Richard L. Young_
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
Joyce Lynch, as Administrator of the Estate of Roy Devon Lynch, Jr.; Case No. 1:16-cv-01690

### STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 12, 2026

| | |
|---|---|
| /s/ Omar Mark Zamora | /s/ Andrea Roberts Pierson |
| Omar Mark Zamora | Andrea Roberts Pierson |
| The Orlando Firm PC | Faegre Drinker Biddle & Reath LLP |
| 315 West Ponce De Leon #400 | 300 North Meridian Street, Suite 2500 |
| Decatur, Georgia 30030 | Indianapolis, Indiana 46204 |
| Telephone: (404) 373-1800 | Telephone: (317) 237-0300 |
| Fascimile: (404) 506-9223 | Facsimile: (317) 237-1000 |
| Email: mark@markzamora.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |